**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Traci Michelle Green<br>     <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 19-13014 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

  Kindly enter my appearance on behalf of Gateway Mortgage Group, a division of Gateway First Bank and index same on the master mailing list.

            Respectfully submitted,


            **/s/ Kevin G. McDonald, Esq.**
            Kevin G. McDonald, Esquire
            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322