# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| Bankruptcy no. | 18-17978-mdc | Date: | 5/30/2019 |
| Debtor: | Mark B. Hurowitz | Attn: | Kevin G. McDonald, Esq. |

## NOTICE OF INACCURATE FILING

*RE:*   Docket Entry # 27:

Notice of Appearance and Request for Notice  filed by Gateway Mortgage Group, a division of Gateway First Bank  represented bt KEVIN G. MCDONALD (counsel).

The above pleading was electronically filed with this office on **5/28/2019**.

Please be advised that the document filed contains a deficiency as set forth below:

(**X**)   **Debtor's name/case number does not match the case docket**.
( )   Debtor's name and/or case number is missing
( )   Wrong PDF document attached.
( )   PDF document blank or not legible
( )   Notice of Motion/Objection
( )   Electronic Signature(s) missing
( )   *Other* -

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk of Court

By:  John B.
Deputy Clerk

CM-ECF 14 day notice.frm