# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                     Chapter 13

                     Bankruptcy No. 18-17978-MDC

MARK B HUROWITZ

1613 FOX CHASE ROAD

PHILADELPHIA, PA 19152-

    Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    MARK B HUROWITZ

    1613 FOX CHASE ROAD

    PHILADELPHIA, PA 19152-

Counsel for debtor(s), by electronic notice only.

    ERIK B JENSEN, ESQ.
    JENSEN BAGNATO, P.C.
    1500 WALNUT ST., STE 1920
    PHILA, PA 19102-

                                                     /S/ William C. Miller

Date: 6/7/2019                                  _____

                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee