United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                             Case No. 18-17978-mdc
Mark B Hurowitz                                                    Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia            Page 1 of 2              Date Rcvd: Sep 12, 2019
                            Form ID: pdf900          Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db            +Mark B Hurowitz,    1613 Fox Chase Road,    Philadelphia, PA 19152-1709
14240618      +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                Camp Hill, PA 17001-8875
14240620      +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
14240621      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14240625      +KML Law Group,    Suite 5000 Mellon Independence Ctr,    701 Market  Street,
                Philadelphia, PA 19106-1538
14240627      +Midwest Recovery Systems,    Po Box 899,    Florissant, MO 63032-0899
14240629      +Nationwide Recovery,    501 Shelley Dr  Ste 300,    Tyler, TX 75701-9553
14240631      +Quality Asset Recovery,    Attn: Bankruptcy,    Po Box 239,    Gibbsboro, NJ 08026-0239
14272005      +U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P,    211 North Front Street,
                Harrisburg, PA 17101-1406
14272054      +U.S. Bank National Association,    c/o Kevin G. McDonald, Esq.,    701 Market Street, Suite 5000,
                Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:17     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:57:59
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 13 2019 02:58:12     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Sep 13 2019 02:56:44     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14240617       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 13 2019 02:58:07     American Honda Finance,
                Attn: Bankruptcy,    Po Box 168088,    Irving, TX 75016
14254336       E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 13 2019 02:58:07
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088
14240619      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 13 2019 02:57:51     Comenitycapital/boscov,
                Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14240623      +E-mail/Text: bankruptcy@sccompanies.com Sep 13 2019 02:58:26     Ginnys/Swiss Colony Inc,
                Attn: Credit Department,    Po Box 2825,    Monroe, WI 53566-8025
14240624      +E-mail/Text: cio.bncmail@irs.gov Sep 13 2019 02:57:49     Internal Revenue Service,
                PO Box 7346,    Philadelphia, PA 19101-7346
14257101       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:55:58
                LVNV Funding LLC C/O Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14240626      +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 13 2019 02:55:58
                LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
                Greenville, SC 29603-0497
14240630      +E-mail/Text: blegal@phfa.org Sep 13 2019 02:58:05     PA Housing Financing Agency,
                Attn: Bankruptcy,    PO Box 8029,    Harrisburg, PA 17105-8029
14241897      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 13 2019 02:56:46
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14264108      +E-mail/Text: colleen.atkinson@rmscollect.com Sep 13 2019 02:58:23
                Patient First c/o Receivables Management Systems,    PO Box 73810,
                North Chesterfield, VA 23235-8047
14250738      +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 13 2019 02:58:09     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14240632       E-mail/Text: colleen.atkinson@rmscollect.com Sep 13 2019 02:58:23     Receivable Management Inc,
                7206 Hull Rd,    Ste 211,    Richmond, VA 23235
14240633      +E-mail/Text: bankruptcy@sw-credit.com Sep 13 2019 02:58:04     Southwest Credit Systems,
                4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14245467      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 13 2019 02:56:51     T Mobile/T-Mobile USA Inc,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14332984      +E-mail/Text: megan.harper@phila.gov Sep 13 2019 02:58:17     Water Revenue Bureau,
                c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd.,    5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 19

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14240622*     +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14240628*     +Midwest Recovery Systems,    Po Box 899,    Florissant, MO 63032-0899
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: Virginia             Page 2 of 2                   Date Rcvd: Sep 12, 2019
                              Form ID: pdf900            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                                   Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
              ERIK B. JENSEN    on behalf of Debtor Mark B Hurowitz akeem@jensenbagnatolaw.com,
               gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor   U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Gateway Mortgage Group, a division of Gateway First
               Bank bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                            TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Mark B. Hurowitz | : | |
| Debtor. | : | Bankruptcy No. 18-17978-mdc |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: 9/12/19

*Magdeline D. Coleman*
HONORABLE MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE