```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                                 Case No. 18-17978-mdc
Mark B Hurowitz                                                        Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia            Page 1 of 1            Date Rcvd: Oct 24, 2019
                 Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 26, 2019.
db             +Mark B Hurowitz,    1613 Fox Chase Road,    Philadelphia, PA 19152-1709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2019 at the address(es) listed below:
      ERIK B. JENSEN    on behalf of Debtor Mark B Hurowitz akeem@jensenbagnatolaw.com,
       gilberto@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
       Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
       bkgroup@kmllawgroup.com
      KEVIN G. MCDONALD    on behalf of Creditor    Gateway Mortgage Group, a division of Gateway First
       Bank bkgroup@kmllawgroup.com
      LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
       Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
       lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                  TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Mark Hurowitz

13

Bky No. 18-17978-MDC

Debtor(s).

**ORDER**

    **AND NOW,** this __24th__ day of _____October_____, 2019, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Jensen Bagnato, P.C., counsel for debtor(s) and after notice it is hereby

    **ORDERED** that counsel fees in the amount $4,000.00 less $35.00 already paid with a remaining balance of $3,965.00 are allowed and maybe paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B)

BY THE COURT:

_____
Hon. Magdeline D. Coleman
**Chief U.S. BANKRUPTCY JUDGE**

CC:    Jensen Bagnato, P.C.
        **ERIK B. JENSEN, ESQUIRE**
        **1500 Walnut Street**
        **Suite 1920**
        **Philadelphia, PA   19102**

        William C. Miller, Esquire
        Chapter 13 Trustee
        Post Office Box 40119
        Philadelphia, PA 19106